# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Alistair Macfarlane Sidener<br>_____<br>*Defendant* | )<br>)  Case No. 3:25-cr-00374-AN<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alistair Macfarlane Sidener                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 - Willfully Injuring or Committing Any Depredation Against Property of the United States

Date: 9/17/2025

_____
*Issuing officer's signature*

City and state:   Portland, Oregon

_____
*Printed name and title*

---

**Return**

| | |
|---|---|
| This warrant was received on *(date)* 9-17-2025, and the person was arrested on *(date)* 10/17/25<br>at *(city and state)* Portland, Oregon<br><br>Date: 10/17/25 | _____<br>*Arresting officer's signature*<br><br>TFO Jeremy Chedester<br>*Printed name and title* |