UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00374-AN |
| v. | SUPERSEDING INFORMATION |
| ALISTAIR MACFARLANE SIDENER, | 18 U.S.C. § 1361 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Willfully Injuring or Committing Any Depredation Against Property of the United States)**
**(18 U.S.C. § 1361)**

On or about June 12, 2025, in the District of Oregon, defendant **ALISTAIR MACFARLANE SIDENER** did knowingly and willfully injure and commit a depredation against property of the United States, specifically, the gate controlling ingress and egress into the Immigration and Customs Enforcement Building and Property located at 4310 S Macadam Avenue, Portland, Oregon, a building leased to and used by the United States, and the resulting damage exceeded the sum of $1,000.

In violation of Title 18, United States Code, Section 1361.

Dated: January 28, 2026,                             Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

 /s/ Kate A. Rochat
KATE A. ROCHAT, OSB #184324
Assistant United States Attorney